# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ANTHONY WESTON,                                  Case No. 21-CV-2603 (NEB/DTS)

            Plaintiff,

v.                                               ORDER ACCEPTING REPORT AND
                                                      RECOMMENDATION

ST. LOUIS COUNTY JAIL and DOUGLAS
COUNTY JAIL,

            Defendants.

---

The Court has received the Report and Recommendation of United States Magistrate

Judge David T. Schultz. (ECF No. 5.) No party objected to that Report and Recommendation, and

the Court therefore reviews it for clear error. *See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d

793, 795 (8th Cir. 1996) (per curiam). Finding no clear error, and based upon all the files, records,

and proceedings in the above-captioned matter, IT IS HEREBY ORDERED THAT:

1.     The Report and Recommendation (ECF No. 5) is ACCEPTED;

2.     The Complaint (ECF No. 1) is DISMISSED WITHOUT PREJUDICE for failure to

       prosecute and for failure to state a claim; and

3.     The motion to proceed *in forma pauperis* (ECF No. 2) is DENIED AS MOOT.

LET JUDGMENT BE ENTERED ACCORDINGLY.


Dated: February 22, 2022                         BY THE COURT:

                                                 s/Nancy E. Brasel
                                                 Nancy E. Brasel
                                                 United States District Judge